**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:19-CV-233-MOC-DCK**

| | | |
|---|---|---|
| **SIEMENS POSTAL, PARCEL AND AIRPORT LOGISTICS LLC,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **PTERIS GLOBAL (USA) INC.,  and PTERIS GLOBAL LIMITED** | ) | |
| **,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by T. Richmond McPherson III, concerning Brian C. Riopelle on June 17, 2019.  Brian C. Riopelle seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED.**  Brian C. Riopelle is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 17, 2019

David C. Keesler
United States Magistrate Judge