# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-233-MOC-DCK

| | |
|---|---|
| SIEMENS POSTAL, PARCEL AND AIRPORT LOGISTICS LLC, )<br><br>Plaintiffs, )<br><br>v. )<br><br>PTERIS GLOBAL (USA) INC., and PTERIS GLOBAL LIMITED, )<br><br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Michael A. Jones, concerning Lei Mei on July 8, 2019. Lei Mei seeks to appear as counsel *pro hac vice* for Defendants Pteris Global (USA) Inc. and Pteris Global Limited. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Lei Mei is hereby admitted *pro hac vice* to represent Defendants Pteris Global (USA) Inc. and Pteris Global Limited.

**SO ORDERED**.

Signed: July 8, 2019

David C. Keesler
United States Magistrate Judge