# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-233-MOC-DCK

| | |
|---|---|
| SIEMENS POSTAL, PARCEL and AIRPORT LOGISTICS LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| PTERIS GLOBAL (USA) and PTERIS GLOBAL LIMITED, ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion For Extension Of Time" (Document No. 22) filed July 10, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Plaintiff objects to any extension of time, the undersigned will grant the motion, with modification.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion For Extension Of Time" (Document No. 22) is **GRANTED with modification**. Defendants shall file responses to Plaintiff's "Motion For Preliminary Injunction" (Document No. 12) and "Plaintiff's Motion For Expedited Discovery" (Document No. 14) on or before **July 19, 2019**.

Signed: July 11, 2019

David C. Keesler
United States Magistrate Judge