# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:19-CV-233-MOC-DCK

| | |
|---|---|
| SIEMENS POSTAL, PARCEL and AIRPORT LOGISTICS LLC, ) ) ) Plaintiff, ) ) vs. ) ) PTERIS GLOBAL (USA) and PTERIS GLOBAL LIMITED, ) ) ) Defendants. ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on "Pteris's Unopposed Motion To Seal" (Document No. 44) filed September 30, 2019. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Plaintiff's Supplemental Brief in Opposition to Siemens's Motion for Preliminary Injunction contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Pteris's Unopposed Motion To Seal" (Document No. 44) is **GRANTED**, and (Document No. 46) is sealed until further Order of this Court.

Signed: September 30, 2019

David C. Keesler
United States Magistrate Judge