# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-233-MOC-DCK

| | |
|---|---|
| SIEMENS POSTAL, PARCEL AND AIRPORT LOGISTICS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PTERIS GLOBAL (USA) INC., and PTERIS GLOBAL LIMITED, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 48) filed by T. Richmond McPherson, III, concerning Jason W. Cook on October 10, 2019. Jason W. Cook seeks to appear as counsel *pro hac vice* for Plaintiff Siemens Logistics LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 48) is **GRANTED**. Jason W. Cook is hereby admitted *pro hac vice* to represent Plaintiff Siemens Logistics LLC.

**SO ORDERED**.

Signed: October 10, 2019

David C. Keesler
United States Magistrate Judge