IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-233-MOC-DCK

| | |
|---|---|
| SIEMENS POSTAL, PARCEL AND AIRPORT LOGISTICS LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| PTERIS GLOBAL (USA) INC., and PTERIS GLOBAL LIMITED, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 49) filed by T. Richmond McPherson, III, concerning Shaun W. Hassett on October 10, 2019. Shaun W. Hassett seeks to appear as counsel *pro hac vice* for Plaintiff Siemens Logistics LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 49) is **GRANTED**. Shaun W. Hassett is hereby admitted *pro hac vice* to represent Plaintiff Siemens Logistics LLC.

**SO ORDERED**.

Signed: October 10, 2019

David C. Keesler
United States Magistrate Judge